Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - CHANGE OF PLEA

Case No.: CR 05-1228-RGK  Date: January 30, 2006

Present: The Honorable R. GARY KLAUSNER, ☒ District Judge / ☐ Magistrate Judge

| Sharon L. Williams | Lynne Smith | N/A | Jaime Guerrero |
|---|---|---|---|
| Deputy Clerk | Court Reporter / Tape No. | Interpreter | Assistant U.S. Attorney |

**USA v. DEFENDANT(S) PRESENT**

JHON JAIRO GUTIERREZ
☒ Custody ☐ Bond ☐ O/R

☐ Custody ☐ Bond ☐ O/R

☐ Custody ☐ Bond ☐ O/R

☐ Custody ☐ Bond ☐ O/R

☐ Custody ☐ Bond ☐ O/R

**ATTORNEYS PRESENT FOR DEFENDANTS**

Darlene Ricker, Panel
☒ Appointed ☐ Retained

☐ Appointed ☐ Retained

☐ Appointed ☐ Retained

☐ Appointed ☐ Retained

☐ Appointed ☐ Retained

## PROCEEDINGS: CHANGE OF PLEA

☒ Defendant moves to change plea to the Indictment/Information.
☒ Defendant now enters a new and different plea of Guilty to Counts One of the Indictment/Information.
☒ The Court questions the defendant regarding plea of Guilty and finds it knowledgeable and voluntary and orders the plea accepted and entered
☒ The Court refers the defendant to the Probation Office for investigation and report and continues the matter to Monday, May 1, 2006 at 1:30 p.m. for sentencing.
☐ Court orders:

☐ Other:

ENTERED CLK
JAN 31 2006

Initials of Deputy Clerk

cc: Probation Office

CR-8 (06/04)     CRIMINAL MINUTES - CHANGE OF PLEA