P-SEND, ENTER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No.   CR 05-1228-RGK | Date   June 5, 2006 |

Present: The Honorable   R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

Interpreter   N/A

| Sharon L. Williams | Lynne Smith | Jaime Guerrero |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| JOHN JAIRO GUTIERREZ | X | X | | Darlene Ricker, Panel | X | X | |

**Proceedings:**   **SENTENCING**

Court and counsel confer. Defendant addresses the Court. The Court places findings on the record and proceeds with sentencing.

It is ordered that the defendant shall pay to the United States a special assessment of $100, which is due immediately.

Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Jhon Jairo Gutierrez, is hereby committed on the Single-Count Information for a term of 24 months.

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 5 years under the following terms and conditions:

1. The defendant shall comply with the rules and regulations of the United States Probation Office and General Order 318;

2. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed eight tests per month, as directed by the Probation Officer;

3. During the period of community supervision the defendant shall pay the special assessment in accordance with this judgment's orders pertaining to such payment;

DOCKETED ON CM
JUN 8 2006
BY ___

4. The defendant shall comply with the rules and regulations of the Bureau of Immigration and Customs Enforcement (BICE), and if deported from this country, either voluntarily or involuntarily, not reenter the United States illegally. The defendant is not required to report to the Probation Office while residing outside of the United States; however, within 72 hours of release from any custody or any reentry to the United States during the period of Court-ordered supervision, the defendant shall report for instructions to the United States Probation Office, located at:

United States Court House
312 North Spring Street, Room 600
Los Angeles, California 90012

and

5. The defendant shall cooperate in the collection of a DNA sample from the defendant.

The Court recommends the defendant be designated to a Bureau of Prisons facility in the Southern California area, and if appropriate, Terminal Island.

**IT IS SO ORDERED.**

: 7

Initials of Deputy Clerk  /slw

cc: FISCAL
    USPO
    PSA - LA
    USM - LA